Jimmy Shane CANTRELL, Appellant,

v.

Larry NORRIS, Appellee.

No. 07–1847.

United States Court of Appeals,
Eighth Circuit.

Submitted: Oct. 7, 2008.

Filed: Oct. 10, 2008.

Jimmy Shane Cantrell, Tucker, AR, pro se.

Teena Lynn Watkins, Assistant Attorney General, Little Rock, AR, for Appellee.

Before WOLLMAN, SMITH, and GRUENDER, Circuit Judges.

PER CURIAM.

In this interlocutory appeal, Arkansas state prisoner Jimmy Cantrell challenges the district court's[1] denial of his motion for partial summary judgment and his request for a temporary restraining order (TRO) and preliminary injunction in his 28 U.S.C. § 2254 action.

We lack jurisdiction to review the denial of a TRO, *see Hamm v. Groose*, 15 F.3d 110, 112–13 (8th Cir.1994), or to review the denial of summary judgment, *see Krein v. Norris*, 250 F.3d 1184, 1187 (8th Cir.2001). With respect to the denial of a preliminary injunction, we conclude that the district court did not abuse its discretion or otherwise err by finding that it had no authority to order state court clerks to adhere to the federal prison-mailbox rule. *See Safety–Kleen Sys., Inc. v. Hennkens*, 301 F.3d 931, 935 (8th Cir. 2002) (standard of review); *Winkels v. George A. Hormel & Co.*, 874 F.2d 567, 568 (8th Cir.1989) (general rule is that state

---

1. The Honorable James M. Moody, United States District Judge for the Eastern District of Arkansas.

procedural rules govern cases originating in state court). As to Cantrell's desire for an evidentiary hearing (with appointed counsel) on his habeas claims, we note that the district court will determine whether such a hearing is warranted. *See* Rule 8(a) & (c), Rules Governing Section 2254 Cases in the United States District Courts.

Accordingly, we affirm the denial of a preliminary injunction. *See* 8th Cir. R. 47B.